

MAHONEY & KEANE, LLP
Attorneys for Plaintiffs
11 Hanover Square, Tenth Floor
New York, NY 10005
Tel (212) 385-1422
File No. 12/3589/B/08/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDITERRANEAN SHIPPING CO. (USA) INC.
and MEDITERRANEAN SHIPPING CO. S.A.,

          Plaintiff(s),

          -against-

TINEO EXPRESS CORP.,

          Defendant(s).

08-cv-_____

RULE 7.1 STATEMENT

---

    PLEASE TAKE NOTICE that JORGE A. RODRIGUEZ, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff(s), MEDITERRANEAN SHIPPING CO. (USA) INC. and MEDITERRANEAN SHIPPING CO. S.A. (collectively "MSC"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of MSC.

Dated: New York, New York

        August 22, 2008

                                    MAHONEY & KEANE, LLP
                                    Attorneys for Plaintiffs
                                    MEDITERRANEAN SHIPPING CO. (USA) INC.
                                    and MEDITERRANEAN SHIPPING CO. S.A.

                By:         _____
                                   Jorge A. Rodriguez
                                   File No. 12/3589/B/08/5